BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>MARK EDWARD POWELL,<br><br>            Defendant. | CASE NO. 1:12-CR-00422 AWI<br><br>STIPULATION TO CONTINUE<br>SENTENCING HEARING;<br>ORDER THEREON<br><br>Date: May 6, 2013<br>Time: 10:00 a.m.<br>Dept: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for March 18, 2013, at 10:00 a.m. is continued to **May 6, 2013, at 10:00 a.m.**

The current sentencing hearing is scheduled for March 18, 2013. However, the PSR has not yet been sent to the parties by the Probation Office, due to earlier delays in the provision of discovery from the Government to the Probation Office. A new sentencing date of May 6, 2013 would afford the parties the full Local Rule time

**Stipulation to Continue Sentencing Hearing;**
**[Proposed] Order Thereon**

period for submitting informal objections to the PSR and, if necessary, formal objections to the Court once the PSR is received. The undersigned Assistant United States Attorney has communicated with defense counsel and he has no objection to continuing the sentencing hearing to May 6, 2013, at 10:00 a.m.

Dated: March 12, 2013 /s/David V. Balakian
DAVID V. BALAKIAN
Attorney for Defendant
MARK EDWARD POWELL

Dated: March 12, 2013 BENJAMIN B. WAGNER
United States Attorney

By: /s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: March 12, 2013

SENIOR DISTRICT JUDGE