BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00422-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| MARK EDWARD POWELL, | |
| Defendant. | |

WHEREAS, on March 12, 2013, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 641, 981(a)(1)(C), and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Mark Edward Powell forfeiting to the United States the following property:

      a. Approximately $152,479.20 seized from Bank of Stockton account number 3350004374, held in the name of MEP I Enterprises, Inc.,

      b. Approximately $43,177.58 seized from Bank of Stockton account number 1355006253, held in the name of MEP I Enterprises, Inc.,

      c. Approximately $22,876.00 seized from Bank of Stockton account number 23000441, held in the name of Mark E. Powell and Cyndee L. Powell Trust,

///

    d. Approximately $12,820.00 seized from Bank of Stockton account number 20001426, held in the name of Northern Tire & Wheel Specialties, and

    e. Approximately $3,809.00 in U.S. Currency.

  AND WHEREAS, beginning on May 3, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

  AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired;

  Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 641, 981(a)(1)(C), and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Mark Edward Powell:

    a. Approximately $152,479.20 seized from Bank of Stockton account number 3350004374, held in the name of MEP I Enterprises, Inc.,

    b. Approximately $43,177.58 seized from Bank of Stockton account number 1355006253, held in the name of MEP I Enterprises, Inc.,

    c. Approximately $22,876.00 seized from Bank of Stockton account number 23000441, held in the name of Mark E. Powell and Cyndee L. Powell Trust,

///

          d. Approximately $12,820.00 seized from Bank of Stockton account number 20001426, held in the name of Northern Tire & Wheel Specialties, and

          e. Approximately $3,809.00 in U.S. Currency.

    2.    All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.    The United States Secret Service or their custodian shall be authorized to turn over the amounts listed in assets (a) through (e) to the Clerk of the Court to be applied to the restitution ordered in the Judgment and Commitment.

    4.    The United States Secret Service or their custodian shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: August 26, 2013

_____
SENIOR DISTRICT JUDGE